**Roosevelt MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42438.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

## ORDER

PER CURIAM

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Affirmed. Rule 84.16(b).